UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-99(JDB) |
| ) | |
| v. ) | |
| ) | |
| DAMEON YATES ) | |

### MOTION TO CONTINUE THE SENTENCING HEARING

Defendant, Dameon Yates, through undersigned counsel respectfully requests that the Sentencing Hearing scheduled for Thursday, January 11, 2007 at 9:00 a.m be continued or alternatively that the Sentencing Hearing be continued and converted to a Status Conference at a time convenient for the Court and Government.

As grounds for this motion, counsel for Mr. Yates states:

1.   Mr. Yates is before the Court pending a Sentencing Hearing after entering a guilty plea to one count of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1). Mr. Yates entered his plea on July 27, 2006.

2.    As the Court is aware Mr. Yates was arrested on December 10, 2006. He was charged in the Superior Court with possession with intent to distribute cocaine (CF2-02-27404). Mr. Yates has been indicted and is scheduled for an arraignment hearing on January 11, 2007 at 9:30.

3.    The first basis for continuing the Sentencing Hearing is to allow Mr. Yates to appear for his Arraignment Hearing. By appearing for his Arraignment, Mr. Yates through his attorney could inform the Superior Court Trial Judge that he is pending sentencing in Federal District Court. At a minimum the Superior Court Judge and the U.S. Attorney's Office can make

the appropriate arrangements to issue a writ for any future appearances in the Superior Court since Mr. Yates is facing a term of incarceration in the instant case. Assistant United States Attorney Michael Truscott does not oppose continuing the sentencing hearing.

4.  Alternatively, Mr. Yates is asking the Court to continue the Sentencing Hearing and to trail the Superior Court criminal case. Mr. Truscott objects to proceeding in this manner.

Wherefore, counsel for Mr. Yates respectfully requests that the Sentencing Hearing be re-scheduled for a date convenient for the Court and Government counsel.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
On Behalf Dameon Yates
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500