UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAMEON YATES ) | Crim. No. 06-99(JDB) |

### PROPOSED ORDER

Upon consideration of the Defendant's motion to continue the Sentencing Hearing, it is hereby

**ORDERED** that the motion is granted; and it is

**FURTHER ORDERED** that the Sentencing Hearing is re-scheduled for the

_____day of _____, 2007 at_____ for a _____

Hearing/Conference.

**SO ORDERED**

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Carlos J. Vanegas, AFPD
625 Indiana Avenue, N.W.
Washington, D.C.  20004


Michael T. Truscott
Assistant United States Attorney
555 - 4th Street, N.W., Room 4237
Washington, D.C.  20530